1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JOSHUA MADEIROS

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        )  No. 2:02-cr-00558-MCE
11                                  )
                Plaintiff,          )
12                                  )  ORDER AUTHORIZING LIMITED
        v.                          )  DISCLOSURE OF SEALED DOCUMENTS TO
13                                  )  DEFENSE COUNSEL
   JOSHUA MADEIROS,                 )
14                                  )  Judge: Hon. Morrison C. England
                Defendant.          )         (In Chambers)
15                                  )
   _____  )
16

17      WHEREAS a petition alleging violations of the terms of supervised

18  release has been filed in the above case, and

19      WHEREAS the Office of the Federal Defender advises that Mr.

20  Madeiros has completed a financial affidavit demonstrating his

21  eligibility for appointment of counsel and will seek appointment of the

22  Federal Defender before the duty Magistrate Judge today, and

23      WHEREAS the Federal Defender did not represent Mr. Madeiros in the

24  underlying case, but is conflict free and will undertake to represent

25  Mr. Madeiros in these proceedings, and

26      WHEREAS certain documents pertaining to the underlying case must

27  be examined by counsel but were filed under seal

28  ///

1     THEREFORE, the clerk of the court is ordered to provide a copy of
2  sealed documents entered in the dockets as CR 29 and CR 35 to the
3  office of the Federal Defender.  Except for this disclosure to the
4  Federal Defender, the just-mentioned documents will remain sealed until
5  further order of this court.
6     IT IS SO ORDERED.

                          By the Court,

Dated: August 10, 2007

                          _____
                          MORRISON C. ENGLAND, JR.
                          UNITED STATES DISTRICT JUDGE